**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: Art and Architecture Books of the 21st Century<br><br>v.<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV16-02338-RGK<br><br>**ORDER RE TRANSFER PURSUANT**<br>**TO GENERAL ORDER 14-03**<br>**(RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

    April 18, 2016                        George H. Wu _(signature)_
         Date                                    United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

                                                                                                                 
         Date                                      United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case    CV13-03230 GW    and the present case:

☐ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge   N/A   to Magistrate Judge   N/A  .

On all documents subsequently filed in this case, please substitute the initials   GW   after the case number in place of the initials of the prior judge, so that the case number will read   CV16-02338 GW  . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☑ _Previous Judge_    ☐ Statistics Clerk